IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM CARL BENTLEY,<br><br>Defendant. | CR 22–23–BU–DLC<br><br><br><br>ORDER |

Before the Court is United States' Unopposed Motion for Preliminary Order of Forfeiture.  (Doc. 29.)  Defendant Adam Carl Bentley has been adjudged guilty of prohibited person in possession of firearms and ammunition and possession with intent to distribute cocaine as charged in Counts I and II of the Indictment.  (Doc. 2-1.)  As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853, 881 and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED the motion (Doc. 29) is GRANTED.

IT IS FURTHER ORDERED that Mr. Bentley's interest in the following property is forfeited to the United States in accordance with [statute authorizing forfeiture]:

- $20,700.00 U.S. Currency

- CD Defense shotgun, SN 20SA12P-11109

1

- Masterpiece Arms, .45 Cal., SN A4545

- Kimber 1911, .45 Cal., SN K781841

- Springfield Armory 1911, .45 Cal., SN NM63312

- Kimber Micro 9, 9mm, SN PB0382858

- Mossberg 590 shotgun, SN V1362219

- Ithica double barrel shotgun, SN 386100

- Assorted ammunition and magazines.

IT IS FURTHER ORDERED that the United States Marshals Service, the Federal Bureau of Investigation, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, in which all interests will be addressed.

DATED this 21st day of November, 2022.

Dana L. Christensen, District Judge
United States District Court