IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–23–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ADAM CARL BENTLEY, | |
| Defendant. | |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 34.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853, 881 and 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on November 21, 2022. (Doc. 32.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 33.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853, 881 and 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 34) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853, 881 and 18 U.S.C. § 924(d), free from the claims of any other party:

- $20,700.00 U.S. Currency
- CD Defense shotgun, SN 20SA12P-11109
- Masterpiece Arms, .45 Cal., SN A4545
- Kimber 1911, .45 Cal., SN K781841
- Springfield Armory 1911, .45 Cal., SN NM63312
- Kimber Micro 9, 9mm, SN PB0382858
- Mossberg 590 shotgun, SN V1362219
- Ithica double barrel shotgun, SN 386100
- Assorted ammunition and magazines.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 31st day of January, 2023.

_____
Dana L. Christensen, District Judge
United States District Court